

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-000064-CV

**IN THE INTEREST OF K.R.E.T.**, et al., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02260
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent; no costs of court are taxed in this appeal.

SIGNED July 22, 2015.

_____
Patricia O. Alvarez, Justice